1 So.2d 47
**Bert PEOPLES v. STATE.**
6 Div. 660.

Court of Appeals of Alabama.
Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

1 So.2d 926
**Naomi PETREE v. STATE.**
8 Div. 110.

Court of Appeals of Alabama.
March 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 853
**Walter PERRY v. CITY OF BIRMINGHAM.**
6 Div. 788.

Court of Appeals of Alabama.
Jan. 20, 1942.

Wm. Conway and Morel Montgomery, both of Birmingham, for appellant.
Ralph E. Parker, of Birmingham, for appellee.

RICE, Judge.
Affirmed.

11 So.2d 173
**Laura PIERCE v. STATE.**
I Div. 428.

Court of Appeals of Alabama.
Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

3 So.2d 925
**John, alias Johnnie, PIKE v. STATE.**
7 Div. 584.

Court of Appeals of Alabama.
June 10, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

8 So.2d 905
**Louis PIKE v. STATE.**
6 Div. 900.

Court of Appeals of Alabama.
June 9, 1942.

Jim Gibson, of Birmingham, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.